# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 3, 2020

By ECF

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

Re: *United States v. Aaron Paul-Hudgins*, 19 Cr. 677 (LTS)

Dear Judge Swain:

I write to respectfully request an adjournment of Aaron Paul-Hudgins's sentencing (currently September 22) for approximately 30 to 45 days. I make this request in light of continued restrictions occasioned by the COVID-19 pandemic, which have hindered not only in-person court appearances, but my ability to collect records necessary for my sentencing submission. The Government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Elizabeth Espinosa, Esq. (by ECF)
    Assistant United States Attorney

The sentencing is adjourned to November 17, 2020, at 2:30 p.m. and the related deadlines are modified accordingly.
SO ORDERED.
9/4/2020
/s/ Laura Taylor Swain, USDJ