UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                 :

            -v-                          :        ORDER OF RESTITUTION

AARON PAUL-HUDGINS,                       :
                                          :        19 Cr. 677 (LTS)
                                          :

            Defendant.                    :

- - - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States of America, by
its attorney, AUDREY STRAUSS, Acting United States Attorney for
the Southern District of New York, Elizabeth A. Espinosa, Assistant
United States Attorney, of counsel; the presentence report; and
the defendant's conviction in this case, it is hereby ORDERED that:

       1.   **Amount of Restitution.**   AARON PAUL-HUDGINS shall
pay restitution in the total amount of $254,544 to the victims of
the offense charged in the Indictment, 19 Cr. 677 (LTS).   The
name, address and specific amount owed to the victim shall be set
forth in a Schedule of Victims, which shall be provided by the
Government to the Court.   Upon advice of a victim change of
address, the Clerk of the Court is authorized to send payments to
the new address without further order of this Court.

       2.   **Terms of Restitution**.   The defendant's liability
for restitution shall continue unabated until either the defendant
has paid the full amount of restitution ordered herein, or every

victim has been paid the total amount of his or her loss from all the restitution paid by the defendants.  No further payment shall be required after the sum of the amounts actually paid by the defendant has fully covered all the compensable injuries.  Any payment made by the defendant shall be divided among the victims named in proportion to their compensable injuries.

3.    **Joint and Several Liability**.  The defendant's liability for restitution shall be joint and several with any restitution ordered to be paid by Jalen Dominguez and Armando Barbier, co-defendants in Case Number 19 Cr. 677 (LTS).

4.    **Payment Schedule**.  The defendant shall make restitution to victims payable to the Clerk of Court, United States District Court on the schedule entered in the Court's judgment.

5.    **Change of Address**.  The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
       December 15, 2020

SO ORDERED:


/s/ Laura Taylor Swain
_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE