**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 24, 2021

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

## MEMO ENDORSED

Re:  *United States v. Aaron Paul-Hudgins*, 19 Cr. 677 (LTS)

Dear Judge Swain:

I write to respectfully request that the Court extend Aaron Paul-Hudgins's voluntary surrender date (currently April 7, 2021) by 60 days. The Government consents to this request.

On November 17, 2020, this Court sentenced Mr. Paul-Hudgins to a year and a day's imprisonment and three years' supervised release on his conviction for wire fraud. The BOP still has not designated him to a facility, meaning that, as things stand now, Mr. Paul-Hudgins would have to turn himself in to the MCC. As this Court knows, the MCC continues to have high COVID-19 case counts. We hope that, after a 60-day extension, conditions will have improved substantially.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Elizabeth Espinosa, Esq. (by ECF)
      Assistant United States Attorney

> The request is granted. The surrender date is adjourned to June 9, 2021. Mr. Paul-Hudgins shall surrender before 2:00 p.m. at the designated institution. DE# 103 resolved.
> SO ORDERED.
> 3/24/2021
> /s/ Laura Taylor Swain